| | |
|---|---|
| 1 | BARRY J. PORTMAN<br>Federal Public Defender |
| 2 | RONALD C. TYLER<br>Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue<br>19 th Floor, Box 36106 |
| 4 | San Francisco, CA 94102<br>Telephone: (415) 436-7700 |
| 5 | |
| 6 | Counsel for Defendant SARMIENTO-ZUNIGA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0715 VRW |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| v. | ) ) | |
| JOSE SARMIENTO-ZUNIGA, | ) ) | |
| Defendant. | ) ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently set for March 26, 2009, be continued to May 14, 2009, at 2:00 p.m. The reason for the continuance is due to unavoidable scheduling conflicts and leave, defense counsel and the probation officer have not been able to complete the presentencing process. The draft presentence report has been released, however the defense requires additional time to resolve objections and supplement the report. The requested date takes into account all the time necessary for meetings and investigation.

//

STIPULATION TO CONTINUE
HEARING; *U.S. v. Jose Sarmiento-Zuniga*
CR 08-0715 VRW                      1

1  All parties and the probation officer are available on the requested date.

2  IT IS SO STIPULATED.

4  Dated: March 3, 2009  _____/s/_____
                         RONALD C. TYLER
5                        Assistant Federal Public Defender
                         Counsel for Jose Sarmiento-Zuniga

7  Dated: March 3, 2009  _____/s/_____
                         JEANE HAMILTON
8                        Assistant United States Attorney

11  [~~PROPOSED~~] ORDER

12  GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for March 26, 2009 shall be continued to May ~~7~~ 14, 2009, at 2:00 p.m.

15  **IT IS SO ORDERED**.

18  Dated: 3/9/2009

HONORABLE VAUGHN R WALKER
CHIEF UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
Judge Vaughn R Walker

STIPULATION TO CONTINUE
HEARING; *U.S. v. Jose Sarmiento-Zuniga*
CR 08-0715 VRW                              2