| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | RONALD C. TYLER |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | 19 th Floor, Box 36106 |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| 6 | Counsel for Defendant SARMIENTO-ZUNIGA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0715 VRW | |
| | ) | | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** | |
| | ) | **ORDER EXCLUDING TIME UNDER** | |
| v. | ) | **THE SPEEDY TRIAL ACT** | |
| | ) | | |
| JOSE SARMIENTO-ZUNIGA, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| _____ | ) | | |

   Defendant and the government, through their respective counsel, hereby stipulate and jointly request that the time from May 21, 2009, to June 4, 2009, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(8)(B)(iv), on the grounds that the interest of justice requires continuity of counsel and effective preparation by defense counsel. Additional time is needed to prepare for possible change of plea and sentencing. With the concurrence of the probation officer, the parties agree to and request that the status hearing be continued until June 4, 2009, at 2:00 p.m. and time should be excluded from the Speedy Trial Act calculation until that date.

//

//

Stipulation and [Proposed] Order Excl. Time
*U.S. v. Sarmiento-Zuniga;* CR 08-0715 VRW            1

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED. |   |
| 2 |   |   |
| 3 | Dated: May 19, 2009 | _____/s/_____ |
| 4 |   | RONALD C. TYLER<br>Assistant Federal Public Defender<br>Attorney for Jose Sarmiento-Zuniga |
| 5 |   |   |
| 6 | Dated: May 19, 2009 | _____/s/_____ |
| 7 |   | JEANE HAMILTON<br>Assistant United States Attorney |

9  **IT IS SO ORDERED.**

12  Dated: May 20, 2009

13  _____
HONORABLE VAUGHN R. WALKER
CHIEF UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Chief Judge Vaughn R Walker]

Stipulation and [Proposed] Order Excl. Time
*U.S. v. Sarmiento-Zuniga;* CR 08-0715 VRW            2